### BENJAMIN GYADU *v.* A.P.L. AUTO CONSULTING, INC.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 19969) is dismissed.

MCDONALD, C. J., and SULLIVAN and VERTEFEU-ILLE, Js., did not participate in the consideration or decision of this petition.

*Benjamin Gyadu,* pro se, in support of the petition.

Decided March 8, 2000

### EMPIRE MORTGAGE LTD. *v.* BENJAMIN GYADU

*Benjamin Gyadu,* pro se, in support of the petition.

Decided March 8, 2000

### JOYCE SENIOR *v.* DEPARTMENT OF SOCIAL SERVICES

The plaintiff's petition for certification for appeal from the Appellate Court, 56 Conn. App. 907 (AC 19153), is denied.